158 A.3d 1230

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Walter VEGA, Jr., Petitioner**

**No. 222 WAL 2016**

Supreme Court of Pennsylvania.

October 4, 2016

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.